# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>SCOTT ANTHONY MAHER<br><br>Debtors.<br><br>DAVID FITZPATRICK and PATRICIA PAULIN (fka Patricia Fitzpatrick),<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT ANTHONY MAHER,<br><br>Defendant. | Case No. 22-00577-NGH<br><br><br><br>Adv. Proceeding No. 23-06013-NGH |

### ORDER GRANTING MOTION TO DISMISS

Based upon Plaintiffs' Motion to Dismiss (Doc. No. 2) filed on April 7, 2023 and good cause appearing therefor;

IT IS HEREBY ORDERED, AND THIS DOES ORDER, that the above-referenced matter is DISMISSED. //end of text//

DATED: April 10, 2023



_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

Order Submitted by:
Ron R. Shepherd, ISBN 6593
Attorney for Plaintiff

ORDER GRANTING MOTION TO DISMISS - 1