# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−1 | User: admin | Date Created: 4/10/2023 |
| Case: 23−06013−NGH | Form ID: pdf012 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty      Ronald Robert Shepherd      ron@rshepherdlaw.com

                             TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      David Fitzpatrick      c/o Shep Law Group      1990 North Meridian Road      Meridian, ID 83646
pla      Mark Langford Deborah Cole      c/o Shep Law Group      1990 North Meridian Road      Meridian, ID 83646
dft      Scott Anthony Maher      10320 Whispering Cliffs Dr      Boise, ID 83704
ust      US Trustee      550 West Fort St, Ste 698      Boise, ID 83724 USA

                             TOTAL: 4